IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAMELA ELIZONDO,<br>Individually and on behalf<br>of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAXIMUS, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:19-cv-00076 |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant Maximus, Inc. ("Maximus"), by its undersigned attorneys, certifies that the following listed persons and entities are financially interested in the outcome of this litigation.

1. Pamela Elizondo
   *Plaintiff*

2. Juan C. Pena Carrillo
   Ermelinda Aguirre
   Alejandro Ayala
   Ricardo Ayala
   Shantaner Bates
   Sonia Canchola
   Fallon Ann Cervantes
   Anali Diaz
   Mary Escobedo
   Brenda Garcia
   Kimberly Garcia
   Norma S. Hernandez
   Graciela Lopez
   Elda N. Loya
   Juan I. Luna
   Elma Olivares
   Kevin L. Palacios
   Asha Patton
   Patricia G. Reyes
   Clarissa Reyna

       Clarissa Rios
       Natalie Rios
       Rosalva Vidaurri
       Liliana Villasenor
       Dwane Winston
       Ronald Zamora
       Blanca E. Cardiel Nevarez
       Anna Mata
       Caitlyn Cox
       Melissa Hernandez
       Eliva Rocillo
       Cynthia Cardenas
       Martha Garza
       Lydia Hernandez
       Crytal Muniz
       Maria I. Ramos
       *Opt-in Plaintiffs*

3. Alan Cliffton Gordon, Esq.
   Austin W. Anderson, Esq.
   Carter Tilden Hastings, Esq.
   Lauren Elizabeth Braddy, Esq.
   William Clifton Alexander, Esq.
   Anderson Alexander, P.C.
   *Counsel for Plaintiff*

4. <u>Maximus, Inc</u>.
   *Defendant*

5. Paul DeCamp, Esq.
   Kevin R. Vozzo, Esq.
   Adriana S. Kosovych, Esq.
   Epstein Becker & Green, P.C.
   *Counsel for Defendant*

6. E. Michael Rodriguez, Esq.
   Eduardo R. Rodriguez, Esq.
   Atlas Hall & Rodriguez LLP
   *Counsel for Defendant*

DATED: June 14, 2019

Respectfully submitted,

By:  /s/ Eduardo R. Rodriguez

| | |
|---|---|
| PAUL DECAMP (motion for admission *pro hac vice* pending)<br>EPSTEIN, BECKER & GREEN, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C.  20037<br>Tel: 202-861-0900<br>Fax: 202-296-2882<br>PDeCamp@ebglaw.com | KEVIN R. VOZZO (motion for admission *pro hac vice* pending)<br>ADRIANA S. KOSOVYCH (motion for admission *pro hac vice* pending)<br>EPSTEIN, BECKER & GREEN, P.C.<br>250 Park Avenue<br>New York, New York 10177<br>Tel: 212-351-4500<br>Fax: 212-878-8600<br>KVozzo@ebglaw.com<br>AKosovych@ebglaw.com<br><br>EDUARDO R. RODRIGUEZ (Fed ID: 1944)<br>E. Michael Rodriguez (Fed ID: 18759)<br>ATLAS, HALL & RODRIGUEZ, LLP<br>50 W. Morrison Road, Suite A<br>P. O. Box 6369 (78523)<br>Brownsville, Texas 78520<br>Tel: 956-589-7322<br>Fax: 956-574-9337<br>errodriguez@atlashall.com<br>mrodriguez@atlashall.com |

Firm:48583384

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all known counsel of record, by electronic service in compliance with the Federal Rules of Civil Procedure on this 14th day of June, 2019.

/s/ Eduardo Roberto Rodriguez