UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAMELA ELIZONDO, | § | |
| Individually and on behalf | § | Civil Action No. 1:19-cv-00076 |
| of all others similarly situated | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| MAXIMUS, INC. | § | COLLECTIVE ACTION |
| | § | PURSUANT TO 29 U.S.C. § 216(b) |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pamela Elizondo, individually and on behalf of the Opt-In Plaintiffs ("Plaintiffs"), and Defendant, Maximus, Inc., hereby stipulate to the dismissal of Plaintiffs' claims against Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) and this Court's Order (ECF No. 100).[1] The Parties recognize and agree that there was a *bona fide* FLSA dispute regarding the amount of unpaid overtime (if any) owed to Plaintiffs, among other issues, and that the settlement agreement between the Parties constitutes a fair and reasonable resolution of that dispute.

---

[1] The Settlement Agreement is attached hereto as Exhibit A.

Dated: February 1, 2021

| | |
|---|---|
| ANDERSON ALEXANDER, PLLC | EPSTEIN BECKER & GREEN, P.C. |
| By:    /s/ *Clif Alexander* | By:    /s/ *Adriana S. Kosovych* |

<div style="columns:2">

ANDERSON ALEXANDER, PLLC

By:     */s/ Clif Alexander*
     Clif Alexander (Fed ID: 1138436)
     Austin W. Anderson (Fed ID: 777144)
     Lauren E. Braddy (Fed ID: 1122168)
     Alan Clifton Gordon (Fed ID: 19259)
     Carter T. Hastings (Fed ID: 3101064)
     819 N. Upper Broadway
     Corpus Christi, Texas 78401
     Tel: 361-452-1279
     Fax: 361-452-1284
     clif@a2xlaw.com
     austin@a2xlaw.com
     lauren@a2xlaw.com
     cgordon@a2xlaw.com
     carter@a2xlaw.com
     *Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By:     */s/ Adriana S. Kosovych*
     Paul DeCamp (admitted *pro hac vice*)
     1227 25th Street, N.W., Suite 700
     Washington, D.C. 20037
     Tel: 202-861-0900
     Fax: 202-296-2882
     PDeCamp@ebglaw.com

     Kevin R. Vozzo (admitted *pro hac vice*)
     Adriana S. Kosovych (admitted *pro hac vice*)
     875 Third Avenue
     New York, New York 10022
     Tel: 212-351-4500
     Fax: 212-878-8600
     KVozzo@ebglaw.com
     AKosovych@ebglaw.com
     *Attorneys for Defendant*

ATLAS, HALL & RODRIGUEZ, LLP

     Eduardo R. Rodriguez (Fed ID: 1944)
     E. Michael Rodriguez (Fed ID: 18759)
     50 W. Morrison Road, Suite A
     P. O. Box 6369 (78523)
     Brownsville, Texas 78520
     Tel: 956-589-7322
     Fax: 956-574-9337
     errodriguez@atlashall.com
     mrodriguez@atlashall.com
     *Attorneys for Defendant*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed February 1, 2021 through the Court's CM/ECF system. Notice of filing will be automatically sent to all counsel (and their designees) who have entered their appearance of record and who are registered with this Court's CM/ECF system.

/s/ Clif Alexander
Clif Alexander