United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAMELA ELIZONDO, ET AL., <br> Plaintiffs, <br><br> v. <br><br> MAXIMUS, INC., <br> Defendant. | § <br> § <br> § <br> §     Civil Action No. 1:19-cv-00076 <br> § <br> § <br> § |

## ORDER

The parties have filed appropriate dismissal documents. Dkt. Nos. 99, 102. The Clerk of the Court is **ORDERED** to close this case.

Signed on this \_\_11th\_\_ day of \_\_March\_\_, 2021.

_____
Rolando Olvera
United States District Judge

1